**No. 52658.**—R. H. Macy & Company, Inc. *v.* United States, protests 140324–K and 141567–K (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of knitted wool scarves similar in all material respects to those passed upon in Abstract 50303, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 4, 1948

**No. 52659.**—P. Beiersdorf & Co., Inc. *v.* United States, protests 64449–K, etc. (New York). ·

Opinion by EKWALL, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.

BEFORE THE THIRD DIVISION, NOVEMBER 8, 1948

**No. 52660.**—Fidelity & Deposit Company of Maryland *v.* United States, petition 6553–R (San Diego).

Opinion by EKWALL, J.   The petition was dismissed.

**No. 52661.**—Campillo & Ibarra *v.* United States, petition 6555–R (San Diego).

Opinion by EKWALL, J.   The petition was dismissed.